

# IN THE DISTRICT COURT OF OKLAHOMA COUNTY
## STATE OF OKLAHOMA

| | |
|---|---|
| VRYSHAN HOTEL, LLC, ) | |
| ) | Case No. **CJ-2019-3581** |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| AmGUARD INSURANCE COMPANY ) | FILED IN DISTRICT COURT |
| AND BERKSHIRE HATHAWAY ) | OKLAHOMA COUNTY |
| GUARD INSURANCE COMPANIES, ) | |
| ) | JUN 26 2019 |
| Defendants. | |
| | RICK WARREN |
| | COURT CLERK |
| | 42_____ |

## PETITION

COMES NOW the Plaintiff, Vryshan Hotel, LLC ("Vryshan") and for its causes of action against the Defendants, AmGUARD Insurance Company ("AmGUARD") and Berkshire Hathaway GUARD Insurance Companies ("Berkshire Hathaway") alleges and states:

## FACTS

1) Vryshan and AmGUARD entered into a contract/policy of insurance. The policy number is URD7000006.

2. The contact/policy began on March 14, 2016 and ended on March 4, 2017.

3. The persons who primarily negotiated the contract/policy for Vryshan resided in Oklahoma County, Oklahoma.

4. The agent for AMGUARD resided in Kansas, but most of the negotiation was done in Oklahoma.

EXHIBIT 1

5. Gregory Knight filed a Complaint against Vryshan. The Complaint alleges acts within the policy period.

6. Vryshan forwarded the Complaint to AmGUARD.

7. In a letter dated March 25, 2019 an employee of Berkshire Hathaway on behalf of AmGUARD denied any duty to defend or duty to indemnity. The employee, Shana R. Messinger, said there was no allegation of "personal and advertising injury". The employee also relied on one exclusion.

8. This Court has jurisdiction over AMGUARD and Berkshire Hathaway.

9. Oklahoma County is a proper venue for this case.

## **BREACH OF CONTRACT**

1. Vryshan incorporates the facts as though plead in full.

2. There is coverage for the allegations in Gregory Knight's Complaint.

3. There was no reasonable investigation done by either Defendant.

4. A reasonable investigation would have shown a duty to defend the claims made by Gregory Knight.

5. A reasonable investigation would have shown coverage for the claims made by Gregory Knight.

6. As a direct result of AmGUARD's denial of their duty to defend Vryshan has been damaged by the cost to defend.

7. As a direct result of AMGUARD's denial of their duty to indemnity Vryshan faces the risk of a judgment.

WHEREFORE, Vryshan seeks a judgment against AmGUARD for all damages as a result of the breach of contract by AmGUARD, plus attorney fees for this action, taxable costs and interest.

## BAD FAITH

1. Vryshan incorporates the facts as though plead in full.

2. AmGUARD failed to do a reasonable investigation.

3. AmGUARD invited Vryshan to advise them of any information or determination that was in error.

4. Vryshan did in their letter dated May 2, 2019.

5. AmGUARD promised to promptly reconsider.

6. To date, AmGUARD has not even acknowledged Vryshan's letter.

7. AmGUARD's denial of the defense and denial of indemnity was done intentionally and with malice in breach of AmGUARD's duty to deal fairly and act in good faith to Vryshan.

WHEREFORE, Vryshan seeks judgment against AmGUARD for Vryshan's actual damages and punitive damages of $500,000.00 under Category II of 23 O.S. § 9.1.

## NEGLIGENT ENTRUSTMENT

1. Vryshan incorporates the facts as though plead in full.

2. Employees of Berkshire Hathaway failed to do a reasonable investigation.

3. Employees of Berkshire Hathaway invited Vryshan to advise them of any information or determination that was in error.

EXHIBIT 1

4. Vryshan did advise Berkshire Hathaway of information or determination errors.

5. To date, Berkshire Hathaway had not even acknowledge Vryshan's letter.

6. Berkshire Hathaway's denial of defense and denial of indemnity was done intentionally and with malice.

WHEREFORE, Vryshan seeks actual damages and punitive damages of $500,000.00 under Category II of 23 O.S. § 9.1 from Berkshire Hathaway.

Respectfully submitted,

_____
Tom E. Mullen, OBA No. 6500
CHUBBUCK DUNCAN & ROBEY, P.C.
100 N. Broadway Ave., Suite 2300
Oklahoma City, OK 73102
Phone:     (405) 236-8282
Facsimile: (405) 236-2828

*Attorney for Plaintiff*

**JURY TRIAL DEMANDED**