

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR <u>OKLAHOMA COUNTY</u>, OKLAHOMA

| | |
|---|---|
| Vryshan Hotel, LLC,<br>        Plaintiff,<br>v.<br>AmGuard Insurance Company and Berkshire Hathaway Guard Insurance Companies,<br>        Defendant. | **No. CJ-2019-3581**<br>**(Civil relief more than $10,000: BREACH OF AGREEMENT - CONTRACT)**<br><br>Filed: 06/26/2019<br><br><br>Judge: Stallings, Susan |

## PARTIES

AmGuard Insurance Company, Defendant
Berkshire Hathaway Guard Insurance Companies, Defendant
Vryshan Hotel, LLC, Plaintiff

## ATTORNEYS

| Attorney | Represented Parties |
|---|---|
| MULLEN,  TOM  E (Bar #6500)<br>CHUBBUCK DUNCAN & ROBEY, P.C.<br>100 NORTH BROADWAY, SUITE 2300<br>OKLAHOMA CITY, OK 73102 | Vryshan Hotel, LLC, |

## EVENTS

None

## ISSUES

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

EXHIBIT 5

| | | |
|---|---|---|
| **Issue # 1.** | Issue: BREACH OF AGREEMENT - CONTRACT (CONTRACT) | |
| | Filed By: Vryshan Hotel, LLC | |
| | Filed Date: 06/26/2019 | |
| | **Party Name**     **Disposition Information** | |
| | Pending. | |

## DOCKET

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 06-26-2019 | TEXT | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | 1 | | |
| 06-26-2019 | CONTRACT | BREACH OF AGREEMENT - CONTRACT | | | |
| 06-26-2019 | DMFE | DISPUTE MEDIATION FEE | | | $ 7.00 |
| 06-26-2019 | PFE1 | PETITION | | | $ 163.00 |
| 06-26-2019 | PFE7 | LAW LIBRARY FEE | | | $ 6.00 |
| 06-26-2019 | OCISR | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | | | $ 25.00 |
| 06-26-2019 | OCJC | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | | | $ 1.55 |
| 06-26-2019 | OCASA | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES | | | $ 5.00 |
| 06-26-2019 | SSFCHSCPC | SHERIFF'S SERVICE FEE FOR COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | $ 10.00 |
| 06-26-2019 | CCADMINCSF | COURT CLERK ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | $ 1.00 |
| 06-26-2019 | CCADMIN0155 | COURT CLERK ADMINISTRATIVE FEE ON $1.55 COLLECTION | | | $ 0.16 |
| 06-26-2019 | SJFIS | STATE JUDICIAL REVOLVING FUND - INTERPRETER AND TRANSLATOR SERVICES | | | $ 0.45 |
| 06-26-2019 | DCADMIN155 | DISTRICT COURT ADMINISTRATIVE FEE ON $1.55 COLLECTIONS | | | $ 0.23 |
| 06-26-2019 | DCADMIN05 | DISTRICT COURT ADMINISTRATIVE FEE ON $5 COLLECTIONS | | | $ 0.75 |

EXHIBIT 5

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 06-26-2019 | DCADMINCSF | DISTRICT COURT ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | $ 1.50 |
| 06-26-2019 | CCADMIN04 | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS | | | $ 0.50 |
| 06-26-2019 | LTF | LENGTHY TRIAL FUND | | | $ 10.00 |
| 06-26-2019 | SMF | SUMMONS FEE (CLERKS FEE) X 2 | | | $ 20.00 |
| 06-26-2019 | P | PETITION<br>Document Available (#1044161598) 📄TIFF<br>📄PDF | | | |
| 06-26-2019 | TEXT | OCIS HAS AUTOMATICALLY ASSIGNED JUDGE STALLINGS, SUSAN TO THIS CASE. | | | |
| 06-26-2019 | ACCOUNT | RECEIPT # 2019-4629356 ON 06/26/2019.<br>PAYOR: CHUBBUCK DUNCAN & ROBEY PC<br>TOTAL AMOUNT PAID: $ 252.14.<br>LINE ITEMS:<br>CJ-2019-3581: $183.00 ON AC01 CLERK FEES.<br>CJ-2019-3581: $6.00 ON AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL.<br>CJ-2019-3581: $1.66 ON AC31 COURT CLERK REVOLVING FUND.<br>CJ-2019-3581: $5.00 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES.<br>CJ-2019-3581: $1.55 ON AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND.<br>CJ-2019-3581: $7.00 ON AC64 DISPUTE MEDIATION FEES CIVIL ONLY.<br>CJ-2019-3581: $0.45 ON AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS.<br>CJ-2019-3581: $2.48 ON AC67 DISTRICT COURT REVOLVING FUND.<br>CJ-2019-3581: $25.00 ON AC79 OCIS REVOLVING FUND.<br>CJ-2019-3581: $10.00 ON AC81 LENGTHY TRIAL FUND.<br>CJ-2019-3581: $10.00 ON AC88 SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY. | | | |

EXHIBIT 5